# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1718

———————————————

CLARK'S BARBER LOUNGE, LLC,
and JOE CLARK,

    Appellants,

    v.

DESTIN HEALTH AND FITNESS,
LLC,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

June 11, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. Bar R. 4-1.18(d)(2)(A).

OSTERHAUS, C.J., and LEWIS and ROBERTS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Donivon Craig Tingle of The Tingle Law Firm, P.A., Destin, for Appellants.

Dana Carl Matthews of Matthews & Matthews, LLP, Dana Carl Matthews, II of Matthews & Matthews, LLP, and William Hunter Bell of Matthews & Matthews, LLP, Destin, for Appellee.